No. 97–930.  BUCKLEY, SECRETARY OF STATE OF COLORADO v. AMERICAN CONSTITUTIONAL LAW FOUNDATION, INC., ET AL.

C. A. 10th Cir. [Certiorari granted, 522 U. S. 1107.] Motions of Initiative & Referendum Institute and National Voter Outreach, Inc., for leave to file briefs as *amici curiae* granted.